IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| NUVEDA, LLC, A NEVADA LIMITED LIABILITY COMPANY,<br>Petitioner,<br>vs.<br>THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE ELIZABETH GOFF GONZALEZ, DISTRICT JUDGE,<br>Respondents,<br>and<br>DOTAN Y. MELECH, RECEIVER FOR CWNEVADA, LLC, A NEVADA LIMITED LIABILITY COMPANY,<br>Real Party in Interest. | No. 80894 |

FILED

MAY 15 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DENYING PETITION FOR
### WRIT OF MANDAMUS OR PROHIBITION

This original petition for a writ of mandamus or prohibition challenges the district court's actions in a receivership case. Having considered the petition and appendices filed in this matter, we are not convinced that our extraordinary and discretionary intervention is warranted. *See* NRS 34.160; NRS 34.320; *Halverson v. Miller*, 124 Nev. 484, 487, 186 P.3d 893, 896 (2008) (recognizing that the decision to issue a writ of mandamus or prohibition "is solely within this court's discretion" and

20-18577

that petitioner bears the burden to establish that such extraordinary relief is appropriate). We therefore

ORDER the petition DENIED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:   Hon. Elizabeth Goff Gonzalez, District Judge
      Law Office of Mitchell Stipp
      Holley, Driggs, Walch, Fine, Puzey, Stein, Thompson/Las Vegas
      Eighth District Court Clerk